MDFL complaint_for_violation_of_civil_rights_prisoner

Provided to Suwannee Correctional Institution

MAR 22 2022

for mailing, by _B6_ _OO_

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

JACKSONVILLE Division

|   |   |   |
|---|---|---|
|   | ) | Case No. |
|   | ) | 3:22-cv-349-mmH-PDB |
| SAQUIN SCOTT | ) | (to be filled in by the Clerk's Office) |
|   | ) |   |

(Write the full name of each plaintiff who is filing this complaint. Plaintiff(s))
If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

WARDEN GODWIN,

SGT. KISER

FILED
3.25.2022
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Saquin Scott
All other names by which you have been known: N/A
ID Number: N19231
Current Institution: Suwannee Correctional Inst.
Address: 5964 U.S. Hwy 90
Live Oak, FLA. 32060
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Warden Godwin
Job or Title (if known): Warden - Columbia C.I.
Shield Number: Unk.
Employer: Columbia C.I.
Address:
City / State / Zip Code
☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Sgt. Kiser
Job or Title (if known): Correctional Officer
Shield Number: Unk.
Employer: Columbia C.I.
Address:
City / State / Zip Code
☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City    State    Zip Code
  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Eighth Amendment Right against cruel and unusual punishment in failure to protect and deliberate indifference.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

SECTION II

D. Warden Godwin acted under color of law as the Warden at Columbia whose duties include supervision over his subordinates, and a duty to ensure that prisoners are not treated in a cruel and unusual manner. Warden Godwin acted under color of law in allowing Plaintiff to be assaulted without a proper and protective response from his subordinates.

Pursuant to Florida Administrative Code 33-208.002 (1) "Each warden, officer-in-charge, circuit administrator, supervisor, or designated central office staff be responsible for ensuring that each employee under his or her supervision, before assuming the duties of his or her employment, is familiar with all rules and regulations of the Department that pertain to such employee and to the protection, custody, control, care, and treatments of persons under his or her supervision."

By law, Warden Godwin has a duty to ensure that his subordinates know and exercise the rules pertaining to the protection of prisoners.

Additionally, F.A.C. 33-602.203 and F.A.C. 33-602.204 provides that Florida prison officials are responsible for the search of inmates and the control of contraband (such as weapons) to ensure the safety of staff and inmates. As law enforcement officers, Warden Godwin and Sgt. Kiser failed to fulfill their duties in this regard, resulting in Plaintiff being violently attacked and assaulted on October 25, 2021.

Sgt. Kiser acted under color of law as

A correctional officer at Columbia C.I., whose duties include ensuring that prisoners are not treated in a cruel and unusual manner. Sgt. Kiser acted under color of law in failure to follow the dictates of Florida Administrative Code and in the failure to protect Plaintiff.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.  SEE Attached.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE Attached.

Section IV.        STATEMENT OF CLAIM
B.
1. On October 25, 2021 at Columbia C.I. Annex I was assigned to T-1 dorm. Sgt. Kiser was the assigned dorm supervisor and was stationed in the security station, overlooking the dorm.
2. At approximately 5:00 AM I was standing in the dayroom of T-1 dorm when Inmate Allen Cashe # E33535 of cell T-1210 approached me banishing a homemade knife and attacked me with no provocation. Inmate Cashe stabbed me twice in my left hand and four times in my left leg, as I attempted to defend myself, as verifiable by the dorm security cameras. I fell on my back onto the floor and tried to kick in defense. As I was being attacked I observed Sgt. Kiser in the security station turned towards quad one calmly watching the incident without responding or taking any immediate action to stop or report the attack. The attack upon me lasted approximately 4 or 5 minutes.
3. As I lay injured and bleeding on the floor I observed Inmate Cashe rush toward Inmate Everette L. Black, Jr. # 364497 and stab him in the face. Inmate Black ran and Inmate Cashe chased him around the staircase several times, yelling that he was going to kill Inmate Black.
4. I again observed Sgt. Kiser standing in the security station watching the entire incident for at least 15 minutes without calling the incident in on on the radio, activating

her personal body alarm, or otherwise calling for additional security assistance. Sgt. Kiser did not even use the intercom system to order Inmate Cashe to cease his assaultive behavior. Nor did Sgt. Kiser leave the security station and deploy her chemical agent (pepper spray) to stop the attack. Sgt. Kiser could have at least opened up the electronic entrance door to the wing and allowed me and Black to possibly escape into the hallway. Instead she did nothing.

5. Approximately 10 to 15 after the incident began I observed Captain Teems and other officers enter wing T-1 and proceed to handcuff Inmate Cashe. I was subsequently escorted to medical.

Inmate Cashe subsequently stated to Inmate Black that the reason he stabbed Inmate Black and I was because he no longer wanted to be at Columbia C.I., and since Black and I were the only ones up at that early hour he chose us to be his "ticket" away from Columbia.

6. After exhausting administrative remedies, this action ensued.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?
SEE Attached.

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*   SEE Attached.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.   SEE Attached.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.   SEE Attached.

Section V.  Injuries

A. Plaintiff sustained serious puncture wounds to his hand and leg with permanent nerve damage.

b. Plaintiff suffers resultant fear and anxiety attacks.

c. Post-traumatic stress disorder.

d. Permanent disfigurement and loss of self-esteem due to disfigurement.

e. Nightmares and inability to sleep.


Section VI. Relief

As relief, Plaintiff seeks;

A. $1,500,000 in punitive and compensatory damages from each defendant.

b. Transfer to Federal Bureau of Prisons, as the Department of Corrections has been unable to protect Plaintiff.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Columbia C.I. Annex

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes
☐ No
☐ Do not know

If yes, which claim(s)? Failure to protect. Deliberate indifference.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Initially, Columbia C.I, Later, Suwannee C.I.

2. What did you claim in your grievance? Assault, negligence, failure to protect.

3. What was the result, if any? Some grievances were not responded to or returned.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Grievance process completed. No redress.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance: N/A

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. GRIEVANCE PROCESS completed.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit   N/A
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?   N/A
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*   N/A
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit   N/A
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Saquin Scott*
Printed Name of Plaintiff: SAQUIN Scott
Prison Identification #: N19231
Prison Address: 5964 U.S. Hwy. 90
Live Oak          FL    32060
City              State  Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____

Page 11 of 11