## PART B - RESPONSE

| SCOTT, SAQUIN | N19231 | 2111-231-068 | SUWANNEE C.I. ANNEX | P32112 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
Inmate Scott, your concerns were adequately addressed on informal grievance log# 251-2111-0112.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 12.6.21

| M. Stofel | | |
|---|---|---|
| M. Stofel   Grievance Officer | S. Crawford | 12.3.21 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

Lee Security

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

SCOTT, SAQUIN D / N19231 / SUWANEE ANNEX C.I.
Last  First  Middle Initial / DC Number / Institution

### Part A – Inmate Grievance

THIS IS AN APPEAL OF GRIEVANCE LOG NO. 257.2111.0117, WHERE THE WARDEN DENIED THE HEREIN FOR STATED GRIEVANCE ON 11-10-21 CONCERNING THE FACT ON 10-25-2021. I WAS STABBED NUMEROUS TIMES (4) IN THE LEG AND HAND BY ALLEN CASHE # E33535, WITH A HOMEMADE WEAPON THAT ALLEN CASHE HAD IN HIS POSSESSION IN VIOLATION OF 33-602.203 (1)(A) 1,2,3,4,5. (2)(C) (2) (3) (B)(A) THE WARDEN RESPONSE IS CONTRAY TO THE REQUIREMENTS OF RULE 33-208.001, 002, WHICH DEMAND THAT THE WARDEN MUST ENSURE THAT EVERYONE INCLUDING INMATES FOLLOW THE RULE THAT ARE DESIGNED FOR THE PROTECTION AND WELL BEING OF EACH STAFF MEMBER AND INMATE. THE FAILURE TO ENSURE THAT THE SAFETY OF EACH INMATE IS PROTECTED FROM THE UNLAWFUL POSSESSION AND USE OF A DANGEROUS WEAPON WAS VIOLATED ON 10-25-21, WHEN THE GRIEVANT WAS STABBED (4) TIMES WITH AN UNAUTHORIZED DANGEROUS WEAPON BY ANOTHER INMATE ALLEN CASHE. THEREFORE, THE PROPER STEPS TO CONTROL CONTRABAND WAS VIOLATED

REMEDY - THE GRIEVANT MUST BE PROPERLY COMPENSATED FOR THE ABOVE OBVIOUS FAILURE TO FOLLOW RULE 33.602.203 (1)(A)(-5) (2) (C) (6) (3) AND 33-208.001, 002 BECAUSE THE ABOVE FAILURE RESULTED IN THE GRIEVANT BEING SERIOUSLY HARMED WITH AN UNATHORIZED DANGEROUS WEAPON, THAT WAS NOT PROPERLY CONTROL VIA DAILY SEARCHES OF CELLS

11/18/2021
DATE

Saqim Scott #N19231
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

2111-231-068

N19231 / Saqim Scott
#      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
NOV 2 4 2021

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____
              (Date)                                                              (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY                CENTRAL OFFICE
INMATE (2 Copies)                   INMATE
INMATE'S FILE                       INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE        CENTRAL OFFICE INMATE FILE
                                    CENTRAL OFFICE GRIEVANCE FILE

SEE ATTACHED RESPONSE

3/6

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

(ATTACHMENT PAGE 1)
AND INMATES AS REQUIRED BY
33-602.(9)(A)

11/18/2021                    Aadim Ocatt #N19231

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
- [x] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other _____

FROM:
- Inmate Name: SAQUIN SCOTT
- DC Number: N19231
- Quarters: N1109L
- Job Assignment: N/A
- Date: 11/8/21

**REQUEST**  Check here if this is an informal grievance [x]

ON 10-25-2021 ON OR AROUND 5:00 AM IN THE MORNING, I SAQUIN SCOTT # N19231 WAS STABBED 4 TIMES IN MY LEFT LEG AND TWICE IN MY LEFT HAND BY INMATE ALLEN CASHE # E33535 FOR NO APPARENT REASON WHAT SO EVER. I IN NO WAY HAD ANY BAD WORDS, ANY BEEF, AND HISTORY PERIOD WITH THIS INMATE PRIOR TO ME BEING STABBED. INMATE ALLEN CASHE # E33535 TOOK UPON HIMSELF TO ATTACK ME WITH A SHARPENED METAL ICEPICK STABBING ME IN MY LEFT HAND TWICE AND 4 TIMES IN MY LEFT LEG AS I FELL ON MY BACK ONTO THE FLOOR. ONCE I HAD BEEN STABBED IN MY LEFT LEG AND HAND THE CAMERAS ASSIGNED IN T-DORM HOUSING WING 1 WILL SHOW THAT I DEFENDED MYSELF TO MY BEST OF KNOWLEDGE AND POSSIBILITY. INMATE ALLEN CASHE # E33535 THEN TURNED TO

Inmate (Signature): [signed] Saquin Scott    DC#: N19231

RECEIVED BY
NOV - 9 2021
COLUMBIA CI

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 257.2111.0112  Security   DATE RECEIVED: _____

ALL PROPER STEPS WERE TAKEN IN THIS INCIDENT AND IT WAS PROPERLY REPORTED

[The following pertains to informal grievances only:
Based on the above information, your grievance is DENIED . (Returned (Denied) or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): WASHINGTON    Official (Signature): [signed]    Date: 11-10-21

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

(ATTACHMENT PAGE #1)

INMATE EVERETTE L. BLACK #364497 AND STAB HIM THE FACE WITH SAME KNIFE HE USED TO ATTACK ME WITH. HE THEN CHASED INMATE BLACK #364497 AROUND THE HOUSING STAIRCASING AS SERGEANT KISER JUST STOOD AND WATCHED THE WHOLE INCIDENT HAPPEN WITHOUT EVEN ATTEMPTING TO US IN ANY WAY.

SERGEANT KISER DIDN'T EVEN ATTEMPT TO TRY AND SAVE ME. SHE DIDN'T OPEN UP THE T-1 DORM DOOR SO THAT I OR INMATE BLACK COULD ESCAPE ALLEN CASHE'S BRUTUAL STABBING, NOR DID SHE COME IN AND DEPLOY HER CAN OF PEPPER SPRAY ON INMATE ALLEN CASHE IN AN ATTEMPT TO STOP HIM FROM STABBING ME. I WAS LEFT TO DEFEND FOR MYSELF WITH NO KIND OF ASSISTANCE FROM SERGEANT KISER WHAT SO EVER. I COULD'VE GOTTEN KILLED BY INMATE ALLEN CASHE'S ACTIONS. CAPTAIN TEEMS AND OTHER CORRECTIONAL OFFICERS ARRIVED 5 TO 10 MINUTES LATER AND I WAS ESCORTED TO MEDICAL AFTER PICTURES TAKEN OF MY WOUNDS BY CAPTAIN TEEMS.

DUE TO THIS INCIDENT TAKING PLACE AND SERGEANT KISER NOT DOING HER DUTY TO PROTECT ME. I SAQUIN SCOTT #N19231 IS FILING A LAWSUIT AGAINST THE FLORIDA DEPARTMENT OF CORRECTIONS FOR NEGLEGIANCE, PUNITIVE AND MONETARY DAMAGES IN THE TOTAL AMOUNT OF $3,000,000000 MILLION DOLLARS. 5 YEARS TIME REDUCTION OFF MY SENTENCE, CUSTODY REDUCTION TO MINIMUM AND BE TRANSFERED TO WAKULLA C.I OR QUINCY (ANNEX) AND HAVE ALL GAIN TIME RESTORED.

(NEGLIGENCE) I'M SUING FOR IN THE AMOUNT OF $1,500,000.00 MILLION DOLLARS DUE TO THE FACT THAT SERGEANT KISER FAILED TO DO HER SWORN DUTY TO TRY AND HELP AND PROTECT ME DURING A LIFE THREATING SITUATION. SHE NEVER ATTEMPTED TO OPEN UP THE DOOR SO THAT I COULD FLEE INMATE ALLEN CASHE. NOR DID SHE ATTEMPT TO DEPLOY HER CAN OF PEPPER SPRAY TOWARDS HIM TO STOP. I COULD'VE GOTTEN KILLED AND ALL SHE DID WAS STAND THERE AND WATCH.
(PUNITIVE DAMAGES) I'M SUING IN THE AMOUNT OF $1,000,000.00 MILLION DOLLARS FOR <u>STRESS</u>, <u>PAIN SUFFERING AND HARDSHIPS</u>. I'M STRESSING BECAUSE OF ALL THAT HAS TAKEN PLACE WITH THIS INCIDENT. I HAVEN'T BEEN ABLE TO EAT NOR SLEEP. MY MIND IS SCRAMBLING JUST THINKING ABOUT THE FACT THAT I ALMOST LOST MY LIFE WITHOUT ANY HELP. I AM EXPERIENCING A LOT OF PAIN IN MY LEFT LEG DUE TO THE MULTIPLE STABBINGS. I AM EXPERIENCING HARDSHIP BEING THAT I'M IN THE PROCESS OF BEING TRANSFERRED AWAY FROM HOME, FAMILY, AND MY KIDS. I DON'T WANT TO TRANSFERED FAR AWAY TO WHERE I CAN'T RECEIVE VISITS FROM MY FAMILY.
(MONETARY DAMAGES) I'M SUING FOR $500,000.00 THOUSAND DOLLARS, 5 YEARS TIME REDUCTION OFF MY SENTENCE, CUSTODY REDUCED TO MINIMUM ALL GAINTIME RESTORED, AND GET TRANSFERED TO WAKULLA C.I. <u>OR QUINCY (ANNEX)</u>

Adrian Scott #N19231

## PART B - RESPONSE

| SCOTT, SAQUIN | N19231 | 2111-231-068 | SUWANNEE C.I. ANNEX | P32112 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
Inmate Scott, your concerns were adequately addressed on informal grievance log# 251-2111-0112.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 12.6.21

M. Stofel
M·Stofel    Grievance Officer    S. Crawford    12·3·21

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

MAILED/FILED
WITH AGENCY CLERK

JAN 12 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

PART B - RESPONSE

| SCOTT, SAQUIN | N19231 | 22-6-00596 | SUWANNEE C.I. ANNEX | O11032 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

The grievance procedure should not be utilized to request monetary compensation for this type of complaint.

All transfer requests must be initiated by sending an inmate request to your Classification Officer.

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied.

W. MILLETTE

_____         *W. Millette*          1/6/22
SIGNATURE AND TYPED OR PRINTED NAME OF    SIGNATURE OF WARDEN, ASST.       DATE
EMPLOYEE RESPONDING                WARDEN, OR SECRETARY'S
                       REPRESENTATIVE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JAN 03 2022
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Last: SCOTT | First: SAQUIN | Middle Initial: D | DC Number: N19231 | Institution: SUWANNEE C.I. ANNEX |

22-6-00596

### Part A – Inmate Grievance

THIS GRIEVANCE IS BEING FILED IN ACCORDANCE WITHIN RULE 33-103 FAC.

THIS GRIEVANCE IS FOR THE SOLE PURPOSE OF ASKING THIS OFFICE TO FURTHER REVIEW TO THE ATTACHED DOCUMENTS FOR NEGLECTNESS OF STAFF & SECURITY.

I AM ALSO SEEKING FOR THIS OFFICE TO CORRECT THE VIOLATIONS OF THE STAFF HEREIN.

# SWORN AFFIDAVIT

I, **EVERETTE L. BLACK JR** #364497, UNDER PENALTY OF PERJURY DECLARE THAT THE FOLLOWING IS TRUE AND CORRECT:

ON 10-25-21 ON OR AROUND 5:00 A.M. IN THE MORNING, I EVERETTE L. BLACK JR. #364497 WITNESSED INMATE ALLEN CASHE #E33535 Brutally STAB INMATE SAQUIN SCOTT #N19231 SEVERAL TIMES IN HIS LEGS WITH A HOME MADE "ICE PICK" WEAPON IN THE ATTEMPT TO TRY AND KILL HIM. INMATE SAQUIN SCOTT #N19231 TRIED TO GET AWAY FROM INMATE ALLEN CASHE #E33535, BUT FELL ONTO THE FLOOR AND COULD ONLY USE HIS LEGS TO TRY HIS BEST TO DEFEND HIMSELF.

/s/ Everette L. Black Jr   #364497

**STATE OF FLORIDA**
**COUNTY OF SUWANNEE**

    **SWORN AND SUBSCRIBED** to before me this ____ day of _____, 2022. _____ who produced a Florida Department of Corrections Inmate Identification Card # _____ as identification.

_____
Notary Public